LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
APR - 4 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00036 |
|---|---|
| Plaintiff, | ) **INFORMATION** |
| vs. | ) **THEFT OF GOVERNMENT PROPERTY** [18 U.S.C. §§ 641 & 2] (Count I) |
| VICENTE S. QUINATA, | ) **ENTERING MILITARY, NAVAL, OR COAST GUARD PROPERTY** [18 U.S.C. § 1382] (Count II) |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT I - THEFT OF GOVERNMENT PROPERTY

Beginning on or about October 2006 and continuing up to on or about December 6, 2006, in the District of Guam, the defendant, VICENTE S. QUINATA, willfully and knowingly, did steal and purloin United States property from the Navy Exchange, Guam, of the value of less than $1,000, property of the United States, in violation of Title 18, United States Code, Sections 641 and 2.

### COUNT II - ENTERING MILITARY, NAVAL OR COAST GUARD PROPERTY

Beginning on or about October 2006 and continuing up to on or about December 6, 2006, in the District of Guam, the defendant, VICENTE QUINATA, went upon a United States military reservation, to wit, U.S. Naval Base Guam, for a purpose prohibited by law, that is,

intending to engage in conduct in violation of Title 18, United States Code, Section 641, in violation of Title 18, United States Code, Section 1382.

DATED this 2 day of April, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Ryan M. Anderson
RYAN M. ANDERSON
Special Assistant U.S. Attorney

- 2 -

Case 1:07-cr-00036    Document 1    Filed 04/04/2007    Page 2 of 3

# Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:**
City: Hagåtña
Country/Parish: _____

**Related Case Information:**
Superseding Indictment: _____ Docket Number: CR-07-00036
Same Defendant: _____ New Defendant: x
Search Warrant Case Number: _____
R 20/ R 40 from District of: _____

~~07-00012~~

**Defendant Information:**

Juvenile: Yes ___ No X   Matter to be sealed: ___ Yes x No

Defendant Name: VICENTE S. QUINATA
Alias Name: _____
Address: _____
Umatac, Guam

Birthdate: Xx/xx/1954   SS# xxx-xx-9189   Sex: M   Race: PI   Nationality: Chamorro

**RECEIVED APR - 4 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S. Attorney Information:**
SAUSA: Ryan M. Anderson

**Interpreter:** X No ___ Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date: _____
☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 2     ___ Petty   X Misdemeanor   ___ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1: 18 USC 641 | Theft of Government Property | 1 |
| Set 2: 18 USC 1382 | Entering Military, Naval or Coast Guard Property | 2 |
| Set 3: | | |
| Set 4: | | |

(May be continued on reverse)

Date: 3/30/07   Signature of AUSA: [signed] Ry M. And—