# UNITED STATES DISTRICT COURT

DISTRICT OF      GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**VICENTE S. QUINATA**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    CR-07-00036 |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>**3rd Floor, U.S. Courthouse**<br>**520 West Soledad Avenue** | **302** |
| | Date and Time |
| Before:    Honorable Joaquin V. E Manibusan, Jr. | **Wednesday, April 11, 2007 at 1:30 p.m.** |

To answer a(n)
     Indictment    **X**   Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    **X**   Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**COUNT 1 - Theft of Government Property, 18 USC § 641 and 2**

**COUNT 2 - Entering Military, Naval, or Coast Guard Property, 18 USC § 1382**

RECEIVED APR 05 2007 US MARSHALS SERVICE-GUAM

FILED DISTRICT COURT OF GUAM APR 10 2007 MARY L.M. MORAN CLERK OF COURT

ORIGINAL

| | |
|---|---|
| **MARILYN B. ALCON, Deputy Clerk**<br>Name and Title of Issuing Officer | *[signature]*<br>Signature of Issuing Officer |
| **April 4, 2007**<br>Date | |

AO83 (Rev. 10/03) Summons in a Criminal Case

# RETURN OF SERVICE

Service was made by me on:[1]     Date   4/10/07

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at:
USMS - Hagatna, GU

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   4/10/07
           Date

Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.