# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-07-00036　　　　　　　　　　　　　　　DATE: May 30, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori　　　　Court Recorder: Virginia T. Kilgore
Courtroom Deputy: Peter Santos　　　Electronically Recorded: 10:04:58 - 10:22:24
CSO: D. Quinata

**APPEARANCES:**

Defendant: Vicente S. Quinata　　　　Attorney: Cynthia C. Eube
　　Present　Custody　Bond　P.R.　　　　Present　Retained　FPD　CJA
U.S. Attorney: Ryan Anderson　　　　U.S. Agent:
U.S. Probation: Carmen O'Mallan　　　U.S. Marshal: D. Punzalan
Interpreter:　　　　　　　　　　　Language:

**PROCEEDINGS: Change of Plea**

- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Plea entered: Guilty Theft of Government Property
- Count II dismissed on Government's motion.
- Plea: Accepted.
- Sentencing set for: August 28, 2007 at 10:00 a.m.
- Draft Presentence Report due to the parties: July 24, 2007
- Response to Presentence Report: August 7, 2007
- Final Presentence Report due to the Court: August 21, 2007
- Defendant released on bail as previously ordered by this Court.

NOTES: