LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
*A Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8890
Email Address: ecubelaw@netpci.com

*Attorney for Defendant*
VICENTE S. QUINATA

SFG ✓ 7/27/07 F

FILED
DISTRICT COURT OF GUAM
JUL 27 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br>vs.<br>VICENTE S. QUINATA,<br>*Defendant.* | CRIMINAL CASE NO. CR07-00036.<br><br>DEFENDANT QUINATA'S STATEMENT ADOPTING THE FINDINGS OF THE DRAFT PSI REPORT |

## I. INTRODUCTION

COMES NOW, Defendant, VICENTE S. QUINATA, by and through his Court appointed counsel of record, CYNTHIA V. ECUBE, ESQ. with the LAW OFFICE OF CYNTHIA V. ECUBE, ESQ., P.C., and hereby submits it's the following corrections and its Statement Adopting the Findings of the Draft Pre-Sentence Investigation Report (hereinafter "Draft PSI Report") filed in the above-entitled criminal matter, herein.

## II. FACTUAL CORRECTIONS TO DRAFT PSI REPORT:

Defendant QUINATA submits the following corrections to the draft report. First of all, Defendant contends that there are two errors contained in the report. The first error relates to the physical address listed as Defendant's place of residence. Defendant maintains that the correct address should be "821 North San Dinisio Street, Umatac, Guam" and not "821 North Umatac Street". The

second correction relates to Paragraph 47, which should be "(Dendee)" and not "(nee)".

Defendant hereby adopts all other findings as contained in the Draft PSI Report. Additionally, Defendant further submits the attached letters of support for consideration at sentencing, which are marked as Exhibit "A".

Dated this 27th day of July, 2007.

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
*A Professional Corporation*

By: ______________________________
CYNTHIA V. ECUBE, ESQ.
*Attorney for Defendant*

/ / /

/ / /

/ / /

/ / /

/ / /

*CVE/abs*
L:\CVE-CLIENTS\Quinata, Vicente\Statement Adopting Draft Findings of PSI Report\07-26-07.

*LAW OFFICE OF CYNTHIA V. ECUBE, ESQ., P. C.*
*U. S. A. v. Vicente Quinata, Criminal Case No. 07-00036;*
*Defendant's Statement Adopting Draft Findings of PSI Report.*

# CERTIFICATE OF SERVICE

I, AMBER B. SANCHEZ, Legal Secretary with the Law Office of Cynthia V. Ecube, Esq., P.C., hereby certify that on the 27th day of July, 2007, I caused to be served via facsimile a copy of "Defendant Quinata's Statement Adopting the Draft Findings of the Pre-Sentence Investigation Report" in Criminal Case No. 07-00036, to:

RYAN M. ANDERSON, Esq.
Assistant U. S. Attorney
U. S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez, Suite 500
Hagåtña, Guam 96910

and to,

STEPHEN P. GUILLIOT
United States Probation Officer
United States Probation Office
2nd Floor, District Court
520 W. Soledad Ave.
Hagåtña, Guam 96910

AMBER B. SANCHEZ

*CVE/abs*
*L:\CVE-CLIENTS\Quinata, Vicente\Statement Adopting Draft Findings of PSI Report\07-26-07.*
3

**SAN DIONISIO CATHOLIC CHURCH**

POB 6099 Merizo, Guam 96916 * Tel. 671-828-8056 Fax. 671-828-3100 email. palemike@ite.net

May 6, 2007

Dear friends,

I write this letter to give testimony of character on behalf of Mr. Vicente (Benny) Quinata a current resident of Umatac, Guam and an active member of the San Dionisio Catholic Church, Umatac, Guam. I have known Mr. Quinata since 1999 when assuming the office of pastor for the local church. Benny's family, most especially his mom, is dedicated and very loyal to the church and its mission.

Since then, our friendship has grown and I have known him to be very conscientious and seriously committed to serving God and the church as an active minister. This recent offer to write this character reference is in direct assistance to request leniency in his current court case. I truly believe Benny feels remorse for his action and is committed to serving out any judgment from the courts. However, I plead on his behalf and his family, to request leniency.

Benny has exhibited qualities of a kind and peaceful man with dedicated service, not only to his peers but also to his community. If you require further information about Benny, please feel free to contact me at the numbers provided.

Respectfully,

Rev. Fr. Michael C. Crisostomo
Catholic Pastor

**EXHIBIT "A"**



Daniel Q. Sanchez
Mayor

*Office of the Mayor*
MUNICIPALITY OF UMATAC
*GOVERNMENT OF GUAM*
*P. O. Box 786, Hagåtña, Guam 96932*
*Telephone: (671) 828-8258 Fax: (671) 828-2676*

03 May 2007

From: Mayor Daniel Q. Sanchez

To whom this letter concerns

Hafa Adai,

As the Mayor of Umatac and a former Police Officer, I am hoping this character reference for my resident, Mr. Vicente S. Quinata will provide a favorable consideration in deciding any judgement.

Mr. Quinata lives with his family in Umatac. That's 522 years strong. His children addresses my title as Mayor with "Uncle Dan" and display the chamorro custom of "man-nin-gi". This show of respect is brought about from years of constant practice passed down from the parents of Mr. Quinata, my uncle, Mr. Jose (Tan Pepe ) Quinata. It is safe to say… "if you know the kids, you will know the dad and knowing the dad, you will know the grandfather". I know each an every one. Respectful, obedient and hard working down to earth farm family from the south.

Every aspect of his growing up life style centered around decisions that relates to or impacts his family. He shares his good fortune with family and friends. He displays this during successful farm seasons and yearly catch of "atulai and manahak". He's an optimist. He looks ahead at better times and finds ways to endure hard times.

In short, Mr. Vicente S. Quinata is a person of good standing and is supportive of community activities both civic and of our catholic parish. Please give my resident your best of consideration so that he will continue to be the positive role model for his children, his family, friends and a community contributor. Thank you.

Senseramente,

Mayor Daniel Q. Sanchez