# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-07-00036-001            DATE: August 28, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: None Present | Court Reporter: Wanda Miles |
| Courtroom Deputy: Peter Santos | Electronically Recorded: 8:55:49 - 9:16:07 |
| CSO: B. Benavente | |

**APPEARANCES:**

Defendant: Vicente S. Quinata      Attorney: Cynthia Ecube
     Present   Custody   Bond   P.R.      Present   Retained   FPD   CJA

U.S. Attorney: Greg Parker      U.S. Agent:
U.S. Probation: Stephen Guilliot      U.S. Marshal: T. Muna
Interpreter:      Language:

**PROCEEDINGS: Sentencing**

- Court stated the appropriate Offense Levels.
- No objections by the Government and Defense.
- Attorney for defendant addressed the Court and made its recommendation.
- Defendant addressed the Court and apologized.
- Government addressed the Court and made its recommendation.
- Letter(s) of recommendation received by the Court.
- Defendant sentenced to probation for a term of <u>2 Years</u>, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant ordered to pay restitution in the amount of $1,000.00.if payment already received payment not ordered.
- Defendant was ordered to pay a special assessment fee of $25.00 to be paid immediately after sentencing.
- Defendant advised of appeal rights.

NOTES: